UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

        Plaintiff,

  v.                               CIV. NO. 2:93-CR-0086 WBS

VERNON L. WATTS,                    ORDER

        Defendant.

----oo0oo----

        Defendant, VERNON L. WATTS, has filed a Motion for Modification of an Imposed Term of Imprisonment, pursuant to 18 U.S.C. § 3582 (c)(2), and 28 U.S.C. § 994(o). The United States Attorney shall file a response to the Motion on or before March 10, 2006. Defendant shall file his reply, if any, on or before March 24, 2006. The matter will then be taken under submission.

        IT IS SO ORDERED.

DATED: February 24, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE