UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

UNITED STATES OF AMERICA,

         Plaintiff,

 v.

VERNON LEON WATTS,

         Petitioner.
_____/

NO. CR-S-93-0086 WBS

<u>ORDER</u>

----oo0oo----

        Petitioner, VERNON LEON WATTS, has filed a Motion to Modify Term of Imprisonment Pursuant to 18 U.S.C. § 3582(c)(2) and to the New Amendment to the Crack Cocaine Guidelines Effective Rectroactive November 1, 2007.

        The United States Attorney shall file a response to the Motion on or before January 25, 2008.  Defendant shall file his reply, if any, on or before February 8, 2008.  The matter will then be taken under submission.

        IT IS SO ORDERED.

DATED: December 18, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE