```
VERNON LEON WATTS
06711-097
FCI-HERLONG
Federal Correctional Institute, Herlong
P.O. Box 800
Herlong, CA 96113

Appearing pro se
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. Cr. No. 93-086 WBS |
| Plaintiff, ) | |
| ) | **REQUEST FOR APPOINTMENT OF** |
| v. ) | **COUNSEL; [lodged] ORDER** |
| VERNON LEON WATTS, ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to 18 U.S.C. §§ 3006A(c) and 3852(c)(2), Defendant, VERNON LEON WATTS, appearing pro se, hereby requests the court to appoint counsel to represent him with respect to his motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), filed December 17, 2007. CR #132.  Mr. Watts requests the Court appoint the Office of the Federal Defender and Assistant Federal Defender David M. Porter.  Mr. Porter was previously appointed by this Court on June 27, 2001 to represent Mr. Watts with respect to his motion to vacate sentence pursuant to 28 U.S.C. § 2255.  CR #104.  He is familiar with the case and is willing to accept the appointment.[1]

---

[1] This request was drafted by Mr. Porter.

Appointment of counsel would serve the interests of justice in this case because it might facilitate a negotiated disposition of the motion and because the motion might raise novel legal issues surrounding application of the United States Sentencing Commission's recent retroactive reduction of sentences under the crack cocaine guidelines.  In addition, Mr. Watts does not have access to the recent amendment and his limited access to the prison's law library would prevent him from effectively representing himself.  Finally, given the delays in receiving mail, if he continued to appear pro se, it might be difficult, if not impossible, for him to file a timely reply pursuant to this Court's December 19, 2007 scheduling order.  CR #133 (setting a February 8, 2008 deadline for the filing of a reply to the government's response, which is due January 25, 2008).  Because Mr. Watts' substantial rights may be affected by these criminal proceedings, he is constitutionally entitled to appointment of counsel.  *Mempa v. Rhay*, 389 U.S. 128, 134 (1967).

Accordingly, Mr. Watts requests the Court issue the order lodged herewith.

Dated:   December 21, 2007

                                         Respectfully submitted,

                                         /s/ Vernon Leon Watts
                                         _____
                                         VERNON LEON WATTS
                                         Defendant appearing pro se

**O R D E R**

Pursuant to defendant's request, and good cause appearing therefor, the Office of the Federal Defender and Assistant Federal David M. Porter is hereby appointed to represent defendant with respect to his motion to reduce sentence.

DATED:   December 28, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE