DANIEL J. BRODERICK, #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
VERNON LEON WATTS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. Cr. S 93-86 WBS |
| Plaintiff, | ) | ORDER REDUCING SENTENCE |
| v. | ) | |
| VERNON LEON WATTS, | ) | |
| Defendant. | ) | |

This matter came before the Court on the amended motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). Argument on the motion was heard February 11, 2008. David M. Porter, Assistant Federal Defender, appeared on behalf of the defendant, and Jason Hitt, Assistant United States Attorney, appeared on behalf of the plaintiff. The Court finds that Mr. Watts is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 36 (criminal history category IV) to 34.

IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to time served;

IT IS FURTHER ORDERED that all other terms and provisions of the

original judgment remain in effect.

    Unless otherwise ordered, Mr. Watts shall report to the United States Probation office closest to the release destination within seventy-two hours.

Dated:   February 11, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE