UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. CR S-93-0086-01 WBS |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE |
| | ) | OF PERSON IN CUSTODY |
| VERNON LEON WATTS, | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **Vernon Leon Watts** Case **CR S-93-0086-01 WBS** from custody for the following reasons:

     __   Release on Personal Recognizance

     __   Bail Posted in the Sum of _____

     __   Unsecured bond

     __   Appearance Bond with 10% Deposit

     __   Appearance Bond secured by Real Property

     __   Corporate Surety Bail Bond

     **X**   (Other) **Court issued separate order that the term of imprisonment originally imposed is reduced to time served.**

Issued at Sacramento, CA on February , 2008 at _____.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing